JUDGE SCHEINDLIN

10 CIV 7432

Richard S. Mandel (rsm@cll.com)
Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff American Decorative Fabrics, LLC

RECEIVED SEP 20 2010 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

AMERICAN DECORATIVE FABRICS, LLC,           :

            Plaintiff,           :

    v.                                                         :   **RULE 7.1 CORPORATE**
                                                                         **DISCLOSURE STATEMENT**

VICTORIA CLASSICS, LTD.,                                      :

            Defendant.           :

------------------------------------------------------------------ x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff American Decorative Fabrics, LLC ("ADF"), (a non-governmental party) certifies that the parent company for ADF is Home Furnishings International, LLC and that there is no publicly held corporation that owns 10% or more of ADF's stock

Dated: New York, New York
          September 28, 2010

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
       Richard S. Mandel (rsm@cll.com)
       Eric J. Shimanoff (ejs@cll.com)

1133 Avenue of the Americas

25017/009/1196828.1

New York, New York 10036-6799
(212) 790-9200

Attorneys for Plaintiff
American Decorative Fabrics, LLC

25017/009/1196828.1