UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | | |
|---|---|---|
| AMERICAN DECORATIVE FABRICS, LLC, | : | Civil Action No. 10 CIV 7432 |
| Plaintiff, | : | |
| v. | : | |
| VICTORIA CLASSICS, LTD., | : | **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendant. | : | |

-------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Textiles from Europe, Inc. d/b/a Victoria Classics ("Defendant") certifies that Defendant has no parent company and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Dated: October 6, 2010        GREENBERG TRAURIG, LLP
New York, New York

By: _____
Scott Gelin (SG 9599)
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-2191
Fax: (212) 224-6147

NY 240,657,284v1

1