UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN DECORATIVE FABRICS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> VICTORIA CLASSICS, LTD., <br><br> Defendant. | ) Civil Action No. 10 CIV 7432 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **NOTICE OF APPEARANCE OF** <br> ) **SCOTT GELIN** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

---

PLEASE TAKE NOTICE that Scott Gelin of Greenberg Traurig LLP hereby appears as lead counsel in this case for Defendants Textiles From Europe, Inc., d/b/a Victoria Classics, Ltd. and that all papers in this action be served upon the undersigned who is admitted to practice in this court on January 6, 1998.

Respectfully submitted,

Dated: October 6, 2010          By: _____

Scott Gelin (SG 9599)
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-2191
Fax: (212) 801-6400
Email: gelins@gtlaw.com

*Attorneys for Defendant*
*Textiles From Europe, Inc., d/b/a*
*Victoria Classics, Ltd.*

NY 240,657,544