*Scheindlin, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

AMERICAN DECORATIVE FABRICS, LLC,   :   Civil Action No. 10 CIV 7432

                Plaintiff,   :

    v.   :

VICTORIA CLASSICS, LTD.,   :   STIPULATION AND
                                                      ORDER FOR EXTENSION
                Defendant.   :   OF TIME

-------------------------------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, American Decorative Fabrics, LLC, and Defendant, Victoria Classics, Ltd., that Victoria Classics, Ltd.'s time to answer, move to dismiss, or otherwise move or respond to the Complaint herein be extended from October 25, 2010 to November 15, 2010.

      This is the first extension of Victoria Classics, Ltd. time to respond to the Complaint in this Action.

Dated: October 6, 2010

_____
Richard S. Mandel (rsm@cll.com)
Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200
Attorneys for Plaintiff
American Decorative Fabrics, LLC

_____
Scott Gelin (gelins@gtlaw.com)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
Attorneys for Defendant
Victoria Classics, Ltd.

SO ORDERED:

Dated: 10/13/10

_____
The Honorable Shira A. Scheindlin

NY 240,657,101v1

*COPY*
*DOCUMENT ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 10/13/10*