Scott Gelin (gelins@gtlaw.com)
GREENBERG TRAURIG, LLP
Met Life Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
*Attorneys for Defendant Textiles from Europe, Inc. d/b/a Victoria Classics*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| AMERICAN DECORATIVE FABRICS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>VICTORIA CLASSICS, LTD. <br><br>Defendant. | **Docket No. 10 CV 7432 (SAS)** <br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Textiles from Europe, Inc. d/b/a Victoria Classics ("Defendant") certifies that Defendant has no parent company and there is no publicly held corporation that owns 10% or more of its stock.

NY 240,725,702v1

Dated: November 15, 2010

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
Scott Gelin
gelins@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

*Attorneys for Defendant Textiles from Europe, Inc. d/b/a Victoria Classics*

NY 240,725,702v1

2