DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Plaintiff, *American Decorative*

-v-

Defendant.

*Textile for Europe*

-------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

10 civ ~~###~~ (SAS) ( )

7432

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated _Dec 8, 2010_

SO ORDERED:

_[signature]_
United States District Judge

*February would be best.*

*Thanks*