

# COWAN LIEBOWITZ LATMAN

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Eric J. Shimanoff**
(212) 790-9226
ejs@cll.com

April 22, 2011

**Via Facsimile (212) 805-7920**

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007-1312

> Re:   *American Decorative Fabrics, LLC v. Victoria Classics, Ltd.*, No. 10 Civ. 7432 (SAS) (KNF)

Dear Hon. Judge Scheindlin:

We represent Plaintiff American Decorative Fabrics in the above-referenced litigation. After receiving notice that the parties had reached a settlement agreement in principle, on March 31, 2011, the Court entered an Order of Discontinuance, "provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored" (Docket No. 13).

The parties have been working diligently to finalize their settlement agreement and anticipate that a formal written agreement will be executed and exchanged in the beginning of May, which is after the April 30, 2011 deadline for restoration under the current Order of Discontinuance. To allow the parties the additional time needed to execute and exchange their written settlement agreement, we respectfully request that the Court extend the deadline for restoration in the Order of Discontinuance by an additional thirty days, until and including May 30, 2011, or, in the alternative, restore the matter to the calendar.

Counsel for Defendant has consented to this request.

Respectfully submitted,

Eric J. Shimanoff

cc:   Scott Gelin, Esq. (via facsimile)

25017/009/1237424.1

*[Handwritten annotation:]* Request granted. The parties may have until May 30, 2011 to restore this case to the calendar. So Ordered. [signature] 4/22/11