

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| AMERICAN DECORATIVE FABRICS, LLC, Plaintiff, v. VICTORIA CLASSICS, LTD. Defendant. | Case No. 10 CV 7432 (SAS)(KNF) STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff American Decorative Fabrics, LLC and Defendant Textiles from Europe, Inc. d/b/a Victoria Classics, as follows:

1. Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice and without award of costs or attorneys' fees to any party.

2. The parties have settled all disputes existing between them with respect to this action.

3. This Court shall retain exclusive jurisdiction of this matter to enforce the obligations of the parties under the terms of their confidential settlement agreement.

CONSENTED TO BY PLAINTIFF

Date: 5/5/11        By: _____
                    Eric J. Shimanoff, Esq.
                    Cowan, Liebowitz & Latman, P.C.
                    1133 Avenue of the Americas
                    New York, N.Y. 10036
                    Tel: (212) 790-9200
                    Fax: (212) 575-0671
                    Email: ejs@cll.com

                    *Attorney for Plaintiff*
                    *American Decorative Fabrics, LLC*

CONSENTED TO BY DEFENDANT

Date: May 5, 2011   By: _____
                    Scott Gelin, Esq.
                    Greenberg Traurig, LLP
                    200 Park Avenue
                    New York, NY 10166
                    Tel: (212) 801-9200
                    Fax: (212) 801-6400
                    Email: gelins@gtlaw.com

                    *Attorney for Defendant*
                    *Textiles from Europe, Inc. d/b/a Victoria Classics*

SO ORDERED:

Date: May 6, 2011   By: _____
                    United States District Judge